# Court of Appeals
# of the State of Georgia

ATLANTA, January 17, 2025

*The Court of Appeals hereby passes the following order*

## A25D0177. PROHEALTH HOME HEALTH-GEORGIA, LLC v. GEORGIA DEPARTMENT OF COMMUNITY HEALTH.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

24CV009283



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, January 17, 2025.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*